**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7912**

_____

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

LARRY KENNETH SPEED, a/k/a Kenny Speed, a/k/a
Kenneth Richard Godfrey,

                                        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (CR-00-92, CA-02-230-2)

_____

Submitted:  April 24, 2003                Decided:  May 1, 2003

_____

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Larry Kenneth Speed, Appellant Pro Se.  Laura P. Tayman, OFFICE OF
THE UNITED STATES ATTORNEY, Norfolk Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Larry Speed seeks to appeal the district court's order denying his 28 U.S.C. § 2255 (2000) motion. An appeal may not be taken from the final order in a motion under § 2255 unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by a district court on the merits absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). We have independently reviewed the record and conclude Speed has not made the requisite showing. See Miller-El v. Cockrell, ___ U.S. ___, 123 S. Ct. 1029 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED